# GUTMAN WEISS, P.C.

*Attorneys at Law*
2276 Sixty-Fifth Street, 2nd Floor
Brooklyn, N.Y. 11204
Tel. 718.259.2100
Fax. 718.259.2105*
**\*This office does not consent to service by fax.**

May 2, 2018

<u>Via ECF</u>
Hon. Nina Gershon
United States Disctrict Court
Eastern District of new York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Bankruptcy Appeal
                Robert J. Musso, Chapter 7 Trustee of the Estate of Ladder 3 Corp., v. OTR Media Group, Inc.
                Case No.: 1:17-cv-04733-NH

Dear Judge Gershon:

      My office represents Appellee-Plaintiff in the above captioned action. I write concerning the status of this matter.

      On April 12, 2017, I submitted a letter to the Court requesting a brief extension of time for Appellee-Plaintiff to submit its Brief in this matter while the parties engaged in settlement negotiations. The Court granted Appellee-Plaintiff an extension of time to April 30, 2018 to file its Brief.

      Unfortunately, the settlement negotiations have not been fruitful. As such, it appears that the instant appeal will have to move forward. I accordingly filed Appellee-Plaintiff's Brief in this matter on April 30th. As I understand this Court's March 28, 2018 Order, the matter is now fully briefed.

      Thank you for your attention to this matter. If the Court has any questions in this regard, please do not hesitate to contact this office.

                                          Respectfully Submitted,
                                          /s/
                                          Dov Medinets, Esq.