FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 3 1 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

LADDER 3 CORP.

       Debtor.
-----------------------------------------------------------x
OTR MEDIA GROUP, INC.,

       Appellant-Defendant,

       v.

ROBERT J. MUSSO, Chapter 7 Trustee of the
Estate of Ladder 3 Corp.

       Appellee-Plaintiff.
-----------------------------------------------------------x

OPINION and ORDER

No. 17-cv-04733 (NG)

**GERSHON, United States District Judge:**

Appellant-defendant OTR Media Group, Inc. ("OTR") appeals the decision of the Bankruptcy Court for the Eastern District of New York (Craig, *Chief Judge*) denying OTR's motion for summary judgment and granting the summary judgment motion of Appellee-Plaintiff Robert J. Musso, the Trustee of Chapter 7 debtor Ladder 3 Corp. ("Ladder 3"). *In re Ladder 3 Corp.*, 571 B.R. 525 (Bankr. E.D.N.Y. 2017), *motion for relief from judgment denied*, 2018 WL 722405 (Bankr. E.D.N.Y. 2018). On March 28, 2018, I denied OTR's motion for direct certification of appeal to the Second Circuit. *In re Ladder 3 Corp.*, 2018 WL 2298349, at *4 (E.D.N.Y. Mar. 28, 2018). In that decision, I reviewed the facts and procedural history of the case—which I decline to repeat here—and explained why 11 U.S.C. § 349(b)(2)–(3) did not nullify the Stipulation of Settlement reached by the parties in the 2010 Adversary Proceeding. I have considered OTR's argument on appeal (of which there is only one, as OTR has abandoned

1

its argument under § 349(b)(2)) and find it to be meritless. For substantially the reasons stated in my certification decision, the decision of the Bankruptcy Court is affirmed.

SO ORDERED.

/s/ Nina Gershon
**NINA GERSHON**
**United States District Judge**

May 31, 2018
Brooklyn, New York